**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ALDONSO CHAVEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

NEW HOPE BROOKLYN LLC
   d/b/a TEN HOPE, and
WILLIAM ZAFIROS
   a/k/a BILL ZAFIROS,

        Defendants.

Case No.: 24-CV-00150

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ALFONSO CHAVEZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated May 15, 2024, and annexed hereto as **Exhibit A**.

Dated: May 16, 2024

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

MORRISON TENENBAUM PLLC
Joshua Androphy, Esq.
jandrophy@m-t-law.com
87 Walker Street, Floor 2
New York, New York 10013
Tel.: (212) 620-0938
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.