**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ALDONSO CHAVEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

v.

NEW HOPE BROOKLYN LLC
    d/b/a TEN HOPE, and
WILLIAM ZAFIROS
    a/k/a BILL ZAFIROS,

      Defendants.

---

Case No.: 24-CV-00150

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants NEW HOPE BROOKLYN LLC d/b/a TEN HOPE, and WILLIAM ZAFIROS a/k/a BILL ZAFIROS (collectively "Defendants"), having offered to allow Plaintiff ALDONSO CHAVEZ ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 15, 2024 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on May 16, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 12);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff ALDONSO CHAVEZ, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 15, 2024 and filed as Exhibit A to Docket Number 12. The Clerk of Court is respectfully directed to close this case.

Dated: May 17, 2024
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
        Deputy Clerk